# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JACK C. OGG, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL CASE NO. H-09-4015 |
| | § | |
| AVIVA LIFE & ANNUITY CO., | § | |
| *et al.*, | § | |
| Defendants. | § | |

## REMAND ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand [Doc. # 12] is **GRANTED** and this case is remanded to the **129th Judicial District Court of Harris County, Texas**, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this 15th day of **March, 2010**.

_____
Nancy F. Atlas
United States District Judge